David J. McGlothlin, Esq (SBN: 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
301 E. Bethany Home Rd, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Angela Brown, individually and on behalf of all others similarly situated,** | **Case No: 2:23-cv-02041-ROS** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Hon. Roslyn O. Silver |
| **MEDSOLE RCM LLC** | |
| Defendant. | |

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff ANGELA BROWN ("Plaintiff"), Defendant MEDSOLE RCM LLC ("Medsole") (or jointly as the "Parties") have reached a settlement in principle in the above-captioned action. The Parties request sixty (60) days to finalize the settlement and anticipate filing a Stipulation of Dismissal within sixty (60) days of the date of this notice. Plaintiff requests that any pending date and deadline with regard to Medsole be vacated and that the Court set a deadline on or after March 29, 2024 for the Parties to dismiss Plaintiff's claims against Medsole.

Dated: January 30, 2024                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Ryan L. McBride
RYAN L. MCBRIDE, ESQ.
*Attorney for Plaintiff*